

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | **DAVID S. THAYER**<br>*Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |

June 6, 2025

GRANTED. The initial pretrial conference is adjourned to 2:30 on July 24, 2025. The Clerk of Court is directed to terminate the motion at Dkt. 14.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: June 9, 2025

*Via ECF*

The Honorable Arun Subramanian
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re: <u>Cruz v. City of New York, *et al.*</u>, No. 25 CV 1970 (AS)**

Dear Judge Subramanian:

        I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the Defendants in the above-referenced action. I write jointly with Plaintiff's counsel to respectfully request a 30-day extension of the parties time to provide the Court with an proposed case management plan and initial pretrial letter, as well as a similar adjournment of the pretrial conference.

        The Defendants' response to the Complaint is presently due on June 23, 2025. The parties' requested extension and adjournment would permit the parties to review the Defendants' response to the Complaint in advance of the drafting of the pre-conference submissions and would accommodate an intervening vacation of Plaintiff's counsel.

        The requested extension would move the due date for the parties' pre-conference submission from June 18, 2025, to July 18, 2025. The parties would respectfully propose the initial pretrial conference be adjourned to July 24, 2025, but would be happy to communicate with the Court's deputy about other dates if the Court is not amenable to that proposed date. This is the parties' first request for an extension of their time to file the initial pretrial conference submissions, as well as their first request for an adjournment of the initial pretrial conference. The currently pending deadlines and appearances in this action have already been set forth above.

2

      I thank the Court for its kind consideration of this request.

                                 Sincerely yours,

                                 */s/ David S. Thayer*

                                 David S. Thayer

cc:    ***Via ECF***
       All counsel of record