UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BLANCA CRUZ,

Plaintiff,

No: 1:25-cv-01970

- against -

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT,

~~STIPULATION AND PROPOSED~~ ORDER TO AMEND THE COMPLAINT

Defendants.
-----------------------------------------------------------------X

WHEREAS, Plaintiff commenced this action on 03/10/25 by filing a Complaint (ECF No. [1);

WHEREAS, Plaintiff desires to file a First Amended Complaint to clarify certain factual allegations and add a claim;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent;

WHEREAS, Defendant consents to the filing of Plaintiff's First Amended Complaint; and

WHEREAS, pursuant to Section I.B of Judge Arun Subramanian's Individual Practices in Civil Cases, any amended filing must be accompanied by a redline showing all differences between the original and revised filing;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, subject to the approval of the Court, as follows:

1. Plaintiff is permitted to file the First Amended Complaint, a copy of which is attached hereto as Exhibit A.

2. In accordance with Judge Subramanian's Individual Practices, a redline showing all differences between the original Complaint and the First Amended Complaint is attached hereto as Exhibit B.

3. Plaintiff shall file the First Amended Complaint and the accompanying redline on the ECF system within [e.g., three (3)] business days of the entry of this Order.

4. Defendant's time to answer, move, or otherwise respond to the First Amended Complaint shall be thirty (30) days from the date the First Amended Complaint is filed on the ECF

system, or as otherwise ordered by the Court.

Dated: November 9, 2026

Counsel for Plaintiff

By: /s/ Clara R. Smit
Clara R. Smit, Esq.
100 Horizon Center Blvd
Hamilton, NJ
08691
(732) 843-6600

By: /s/ Bruce Gitlin
Bruce Gitlin
P.O. Box 1
24 Main Street, Suite A
Millerton, NY 10023
(212) 514-5437

Counsel for Defendant

**STEVEN BANKS**
*Corporation Counsel of the City of New York*
100 Church Street
New York, NY 10007 t:
(212) 356-2649 f: (212)
356-1148 e:
dthayer@law.nyc.gov

By: /s/ David Thayer
DAVID S. THAYER
*Assistant Corporation Counsel*

SO ORDERED.

Dated: New York, New York
November 16, 2026

HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE