UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLANCA CRUZ,

Plaintiff,

-against-

CITY OF NEW YORK et al.,

Defendants.

25-cv-1970 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Mr. Thayer should produce the new documents he has received to plaintiff on or before November 25, 2026. In light of this production and his representation that "additional documentation will be forthcoming," the parties should meet and confer after the new documents are produced and submit a joint letter to the Court by December 3, 2026 indicating whether any specific discovery disputes remain, and if necessary proposing any necessary extensions to the deadline for discovery.

SO ORDERED.

Dated: November 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge